JOHN MANN ANDERSON,

        Plaintiff,

    v.                            Case No. 22-C-270

CHERYL A. JEANPIERRE, et al.,

        Defendants.

# ORDER

      Plaintiff John Mann Anderson, who is representing himself, is proceeding on claims under the First, Eighth, and Fourteenth Amendments in connection with allegations that Defendants denied medical care for his painful bladder condition, retaliated against him for filing complaints about their conduct, and terminated his participation in a pain management program without notice and hearing. Dkt. Nos. 1, 13 & 37. On December 8, 2023, Defendants filed a motion for summary judgment. Dkt. No. 125. Plaintiff's response is currently due March 4, 2024. Dkt. No. 137.

      On February 29, 2024, Plaintiff filed a motion to stay the case. Dkt. No. 138. Plaintiff explains that he has "9 out of 10" eye pain, and has blurry vision with dark spots. *Id*. at 1. He states that he cannot wear his eyeglasses for more than five minutes at a time, but he also cannot see without his eyeglasses, so it is difficult to draft documents to litigate this case. *Id.* at 1-2. He states that the DOC has already scheduled him for an eye appointment but will not tell him when it will be. *Id*. at 2. Plaintiff asks the Court to stay this case until he can see an eye doctor. *Id*. at 3.

Given that Plaintiff is unable to draft documents to litigate his case due to physical impairment, the Court will grant his motion to stay the case. Plaintiff shall file an update with the Court on the status of his condition and the appointment by April 16, 2024. The Court will reset the summary judgment response deadline after the stay is lifted.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to stay (Dkt. No. 138) is **GRANTED**. Plaintiff shall file an update with the Court on the status of his condition and the appointment by **April 16, 2024**. The Court will reset the summary judgment response deadline after the stay is lifted.

Dated at Green Bay, Wisconsin this 4th day of March, 2024.

s/ William C. Griesbach
William C. Griesbach
United States District Judge